1 KAREN P. HEWITT
United States Attorney
2 CAROLINE P. HAN
Assistant United States Attorney
3 California State Bar No. 250301
United States Attorney's Office
4 Federal Office Building
880 Front Street, Room 6293
5 San Diego, California 92101
Telephone: (619) 557-5220
6
Attorneys for Plaintiff
7 UNITED STATES OF AMERICA

FILED

2 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY               DEPUTY

8          UNITED STATES DISTRICT COURT

9       SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,   )  Magistrate Case No. 07MJ2845
                      )
11           Plaintiff,   )
                      )  **STIPULATION OF FACT AND JOINT**
12     v.                )  **MOTION FOR RELEASE OF**
                      )  **MATERIAL WITNESS(ES) AND**
13 SHELLY ANN HUFF (1),     )  **ORDER THEREON**
                      )
14         Defendant.  )
                      )  **(Pre-Indictment Fast-Track Program)**
15                    )

16     **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

18 Caroline P. Han, Assistant United States Attorney, and defendant SHELLY ANN HUFF, by and

19 through and with the advice and consent of defense counsel, Linda Lopez, Federal Defenders of San

20 Diego, Inc.], that:

21     1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing

22 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23 intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25 of Inducing and Encouraging Illegal Aliens and Aiding and Abetting, in violation of 8 U.S.C.

26 § 1324(a)(1)(A)(iv) and (v)(II).

27 //

28 CPH:es

2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **January 9, 2008**.

4.    The material witness, Ricardo Manzo-Sanchez, in this case:

a.    Is an alien with no lawful right to enter or remain in the United States;

b.    Entered or attempted to enter the United States illegally on or about December 6, 2007;

c.    Was found in a vehicle driven into the United States by defendant an in which co defendant GLORIA GOMEZ, aka Maria Garcia-Lopez was a passenger, at the San Ysidro, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that he was an alien with no lawful right to enter or remain in the United States;

d.    Was having others pay on his behalf $2,000- $2,500 to others to be brought into the United States illegally and/or transported illegally to his destination therein; and,

e.    May be released and remanded immediately to the Department of Homeland Security for return to his country of origin.

5.    After the material witness is ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.    The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Shelly Ann Huff (1)                    2

07MJ2845

1        c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2   "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3   and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4   waives the right to confront and cross-examine the material witness(es) in this case.

5       6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6   read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7   further that defendant has discussed the terms of this stipulation and joint motion with defense

8   counsel and fully understands its meaning and effect.

9       Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to their country of origin.

12       It is STIPULATED AND AGREED this date.

13               Respectfully submitted,

14               KAREN P. HEWITT
                     United States Attorney

15

16  Dated: 12/26/07

17              for CAROLINE P. HAN
                 Assistant United States Attorney

18  Dated: 12/13/07

19              LINDA LOPEZ
               Defense Counsel for Huff

20  Dated: 12/13/07

21              SHELLY ANN HUFF
               Defendant

22

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Shelly Ann Huff (1)      3          07MJ2845

1              **O R D E R**

2       Upon joint application and motion of the parties, and for good cause shown,

3       **THE STIPULATION** is admitted into evidence, and,

4       **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5    forthwith to the Department of Homeland Security for return to his country of origin.

6       **SO ORDERED.**

7       Dated: *12/20/07*

                                                    _____
8                                                   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Shelly Ann Huff (1)                    4                           07MJ2845