FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3398-BTM |
| Plaintiff, | INFORMATION |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United States and Aiding and Abetting |
| SHELLY ANN HUFF (1), GLORIA GOMEZ, aka Maria Garcia-Lopez(2), | |
| Defendants. | |

The United States Attorney charges:

On or about December 6, 2007, within the Southern District of California, defendants SHELLY ANN HUFF and GLORIA GOMEZ, aka Maria Garcia-Lopez, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Ricardo Manzo-Sanchez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: 12/20/07.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:San Diego
12/11/07