UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>            Plaintiff,                           )<br>                                                              )<br> v.                                                        )<br>                                                              )<br>SHELLY ANN HUFF,                          )<br>                                                              )<br>            Defendant.                        )<br>_____) | Case No. 07cr3398-BTM |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  January 18, 2008                              /s/ *John  C. Ellis, Jr.*
                                                                    JOHN C. ELLIS, JR.
                                                                    Federal Defenders
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA 92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    john_ellis@fd.org